**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANAS NASSER, | Case No.: 26-cv-376-GPC-MMP |
| Petitioner, | **ORDER ON JOINT MOTION TO MODIFY BRIEFING SCHEDULE** |
| v. | |
| CHRISTOPHER J. LAROSE; et al., | |
| Respondents. | |

Having considered the parties' joint motion, and finding the joint motion meritorious, the Court **GRANTS** the motion and **ORDERS** that Respondents shall file a response to the petition by February 10, 2026, and Petitioner may file a traverse by February 13, 2026. The Court **RESETS** the hearing on this matter, which was previously scheduled for February 6, 2026, to **February 20, 2026 at 1:30 PM in Courtroom 12A**.

**IT IS SO ORDERED.**

Dated:  January 28, 2026

Hon. Gonzalo P. Curiel
United States District Judge