# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

ANAS NASSER,

      Petitioner,

    v.

CHRISTOPHER J. LAROSE; et al.,

      Respondents.

Case No.: 26-cv-376-GPC-MMP

**ORDER ON JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

**[ECF No. 5]**

     Having considered the parties' Joint Motion to Dismiss Without Prejudice, and finding good cause therefore, the Joint Motion is hereby **GRANTED**. The Court VACATES the hearing set for February 20, 2026. The Clerk of the Court is directed to close this case.

     **IT IS SO ORDERED.**

Dated:  February 10, 2026

Hon. Gonzalo P. Curiel
United States District Judge